UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BELL, | No. C 13-1023 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| S. F. SHERIFF'S DEPT.; et al., | |
| Defendants. | |

This action is dismissed without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 6, 2013

_____
SUSAN ILLSTON
United States District Judge