UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT BELL,　　　　　　　　　　　　　　　No. C 13-1023 SI (pr)

　　　　Plaintiff,　　　　　　　　　　　　　　　　**ORDER**

　　v.

S. F. SHERIFF'S DEPT.; et al.,

　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　　　/

　　　　This *pro se* civil action was dismissed on May 6, 2013 because plaintiff had not paid the filing fee or filed a completed and signed court-approved *in forma pauperis* application. On May 15, 2013, plaintiff filed a document entitled "Appeal of Dismissal," that was docketed as a notice of appeal. Docket # 6. In the "Appeal of Dismissal," plaintiff wrote that he had mailed an *in forma pauperis* application in March, and "request[ed] that this court allow [him] to file another application, because the jail circumvented the mail." *Id.* The court construes the "Appeal of Dismissal" to be a motion for reconsideration and GRANTS it. The Order of Dismissal and Judgment are now VACATED. The clerk shall reopen the file.

　　　　Plaintiff must file a completed and signed *in forma pauperis* application no later than **September 13, 2013**. The *in forma pauperis* application must have attached to it a certificate of funds and a copy of plaintiff's inmate trust account for the last six months. Failure to file the completed application by the deadline will result in the dismissal of this action.

　　　　IT IS SO ORDERED.

Dated: July 11, 2013　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge