UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BELL, | No. C 13-1023 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| S. F. SHERIFF'S DEPT.; et al., | |
| Defendants. | |

This *pro se* civil action was dismissed on May 6, 2013 because plaintiff had not paid the filing fee or filed a completed and signed court-approved *in forma pauperis* application. Plaintiff later wrote that he had mailed an *in forma pauperis* application that the court had not received and requested permission to file another application. The court vacated the order of dismissal, reopened the action and ordered plaintiff to file a completed and signed *in forma pauperis* application no later than September 13, 2013. Docket # 11. At plaintiff's request, a new *in forma pauperis* application form was sent to him. *See* Docket # 12 and July 19, 2013 docket entry. Plaintiff did not file the required *in forma pauperis* application and the deadline by which to do so has passed. Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. The clerk shall close the file.

IT IS SO ORDERED.

Dated: October 7, 2013

_____
SUSAN ILLSTON
United States District Judge