UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT BELL,

    Plaintiff,

    v.

S. F. SHERIFF'S DEPT.; et al.,

    Defendants.
    /

No. C 13-1023 SI (pr)

**JUDGMENT**

This action is dismissed without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 7, 2013

                              SUSAN ILLSTON
                       United States District Judge